UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| ROBERT TAPP, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:18-cv-00078-JHM-HBB |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | ) ) ) ) |
| Defendant. | ) ) |

### **DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendant, Liberty Life Assurance Company of Boston ("Liberty"), by and through undersigned counsel, files this Motion pursuant to Fed. R. Civ. P. 12(c) and requests the Court to dismiss Plaintiff's claims as barred by the applicable statute of limitations and by the doctrine of laches. In support of this Motion, Liberty states that it is entitled to judgment based on the pleadings filed in this matter. Liberty incorporates its Memorandum in Support of its Motion for Judgment on the Pleadings.

WHEREFORE, for the foregoing reasons and the reasons submitted for the Court's consideration in the Memorandum in Support of the Motion for Judgment on the Pleadings, Liberty respectfully requests this Court to enter judgment on its behalf and dismissing all claims contained in Plaintiff's Complaint [Doc. 1], and for such other and further relief as the Court deems just and appropriate.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: _s/ Eric P. Mathisen_
Eric P. Mathisen, IN Bar No. 19475-71
Admitted pro hac vice
56 S. Washington St., Suite 302
Valparaiso, IN 46383
Phone: 219-242-8666
Fax:    219-242-8669
eric.mathisen@ogletree.com

Kevin E. Roberts, KY Bar No. 96835
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
Ph.: (317) 916-1300
Fax: (317) 916-9076
kevin.roberts@ogletree.com

ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that the foregoing *DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS* was filed electronically on November 8, 2018 and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

Clifton A. Boswell
cliff@cliftonboswell.com

I further certify that service was made on the following non-registered ECF counsel of record by placing copies of the foregoing *DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS* in envelopes properly addressed to them and with sufficient first-class postage pre-paid:

None

*s/ Eric P. Mathisen*
Eric P. Mathisen