UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CIVIL ACTION NO. 4:18-CV-00078-JHM

ROBERT TAPP                                                                                              PLAINTIFF

v.

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON                                                                                               DEFENDANT

## JUDGMENT

This matter having come before the Court on a dispositive motion filed by Defendant, and the Court having issued an Order on this date granting said motion,

**IT IS HEREBY ORDERED** that judgment be entered in favor of Defendant consistent with the Court's Order and the Plaintiff's complaint be dismissed with prejudice.

Joseph H. McKinley Jr., District Judge
United States District Court

March 19, 2019

cc: counsel of record